UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YVONNE HALL, | No. 2:14-cv-00236-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, | |
| Defendant. | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED; and

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

///

1

1        4.      That this case is reassigned to the Honorable Garland E. Burrell, Jr. The
2 caption on all documents filed in the reassigned case shall be 2:14-cv-00236-GEB-AC.
3       IT IS SO ORDERED.
4 Dated: December 11, 2014

                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                        UNITED STATES DISTRICT COURT